# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |



## FINAL JUDGMENT

June 11, 2019

Before:
    DIANE S. SYKES, Circuit Judge
    MICHAEL Y. SCUDDER, Circuit Judge
    AMY J. ST. EVE, Circuit Judge

| | |
|---|---|
| No. 18-1917 | UNCOMMON, LLC,<br>Plaintiff - Appellant<br><br>v.<br><br>SPIGEN, INC.,<br>Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:15-cv-10897<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)